**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

_____
                                          :     **CLOSED**
ELIJAH WEST,                              :
                                          :     Civil Action No. 09-2836 (DRD)
            Plaintiff,                    :
                                          :
      v.                                  :     **ORDER**
                                          :
CITY OF JERSEY CITY                       :
POLICE DEPARTMENT, et al.,                :
                                          :
            Defendants.                   :
_____:

    For the reasons stated in the Opinion filed herewith,

    IT IS on this   6th   day of   July  , 2009,

    ORDERED that the Clerk of the Court is directed to file the complaint in the above-captioned action; and it is further

    ORDERED that Plaintiff's application to proceed in this matter <u>in forma pauperis</u> is granted, and Plaintiff is assessed a filing fee of $350.00 and shall pay the entire filing fee in the manner set forth in this Order pursuant to 28 U.S.C. § 1915(b)(1) and (2), regardless of the outcome of the litigation; and it is further

    ORDERED that in each month that the amount in Plaintiff's account exceeds $10.00, until the $350.00 filing fee is paid, the agency having custody of Plaintiff shall assess, deduct from Plaintiff's account, and forward to the Clerk of the Court payment equal to 20% of the preceding month's income credited to Plaintiff's account, pursuant to 28 U.S.C. § 1915(b)(2), and each

payment shall reference the civil docket number of this action; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order by regular mail on the Attorney General of the State of New Jersey and on the warden of the place of Plaintiff's confinement; and it is further

ORDERED that the complaint is dismissed; and it is finally

ORDERED that the Clerk shall serve copies of this Order and Opinion filed herewith on Plaintiff by regular U.S. mail, and close the file on this matter.

  *s /Dickinson R. Debevoise*
**Dickinson R. Debevoise**
**United States District Judge**